UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JOSE GREGORIO CASTRO
TREJO,

      Petitioner,

    v.                             Case No.:  2:26-cv-00258-SPC-NPM

DAVID HARDIN *et al.*,

      Respondents,

_____/

## OPINION AND ORDER

Before the Court is Jose Gregorio Castro Trejo's Motion to Enforce (Docs. 8 and 9).

Castro Trejo, a noncitizen in immigration detention, sought habeas relief from this Court.  He claimed the government unlawfully detained him under 8 U.S.C. § 1225(b)(2), which mandates detention, rather than § 1226(a), which authorizes discretionary detention and entitles detainees to a bond hearing. The Court agreed and ordered the respondents to either bring Castro Trejo before an immigration judge for a bond hearing or release Castro Trejo from custody.

A bond hearing was held on March 5, 2026.  The immigration judge found:

> Notwithstanding Respondent's pending appeal before the Board, the Court finds that Respondent has not met his burden in

establishing he is a suitable bail risk especially in light of the Court's Order of Removal issued on February 7, 2026. see Matter of Guerra.

(Doc. 9-2 at 1).  Castro Trejo thus received the process the Court ordered.  The proper way to challenge the result of the bond hearing is appeal to the Board of Immigration Appeals.  Accordingly, Castro Trejo's post-judgment motion (Docs. 8 and 9) is **DENIED**.

   **DONE AND ORDERED** in Fort Myers, Florida on April 27, 2026.


SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE


SA: FTMP-1
Copies:  All Parties of Record

2